# United States District Court
# District of Massachusetts

GLEN JORDAN HINDS,
    Petitioner,

        v.        CIVIL ACTION NO. 13-10322-RBC

JOSEPH D. MCDONALD, JR., SHERIFF,
    Respondent.

## ***PROCEDURAL ORDER***

COLLINGS, M.J.

    Petitioner Glen Jordan Hinds, a citizen of Trinidad now confined to the Plymouth County House of Correction, filed on February 19, 2013, a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. See Docket No. 1. By Order dated February 21, 2013, the Court (1) denied without prejudice Petitioner's Application to Proceed Without Prepayment of Fees, (2) denied Petitioner's Motion for Release from Detention, (3) directed the Clerk to amend the case caption to reflect that Sheriff McDonald is the sole respondent and serve a copy of the Petition and Consent Package upon Sheriff McDonald and the United States Attorney for the District of Massachusetts; and (4) ordered the Respondent to file an answer or other responsive pleading. See Docket No. 5.

    The copy of the February 21, 2013 Memorandum and Order that was mailed

to the petitioner was returned to the Court as undeliverable. A clerk contacted the Plymouth County House of Correction and determined that petitioner is in custody under the alias Glenford Jordan (#59001-E-3-411).

ACCORDINGLY, it is hereby ordered that:

1. The Clerk shall add petitioner's alias to the cm/ecf docket as follows: Glen Jordan Hinds aka Glenford Jordan, identification number 59001-E-3-411).

2. The Clerk shall send petitioner: (1) a copy of the Court's February 21, 2013 Memorandum and Order; (2) a consent package; and (3) an Application to Proceed in District Court Without Prepaying Fees or Costs; and

3. If petitioner wishes to proceed with this action, within 21 days of the date of this Procedural Order, he either must (1) pay the $5.00 filing fee; or (2) file a signed Application accompanied by a certified prison account statement. Failure of Petitioner to comply with this directive may result in the dismissal of this action without prejudice.

SO ORDERED.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
March 12, 2013.   United States Magistrate Judge